THE HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| PAUL D. COLLINS,<br><br>            Plaintiff,<br><br>   v.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | NO. CV06-1843 RSM**Error! Reference source not found.**<br><br>JOINT STIPULATION AND ORDER FOR CHANGE IN TRIAL DATE |

Plaintiff Paul D. Collins and defendant The Boeing Company hereby jointly stipulate to a change in the trial date for the above-captioned matter. This case is currently scheduled for trial on April 7, 2008. The current trial date creates a scheduling conflict for counsel for Boeing, and the parties mutually agree to a revised trial date of May 5, 2008. The parties also agree to a change in all dates on the Order Setting Trial Date & Related Dates to correspond to the new trial date.

STIPULATION AND ORDER
CONTINUING TRIAL DATE (NO.CV06-1843
RSM **Error! Reference source not found.**)

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400

DATED: July 25, 2007.

        s/Susan B. Mindenbergs, WSBA #20545
**Law Office of Susan B. Mindenbergs**
200 Maynard Building
119 First Avenue South
Seattle, WA  98104-2564
Telephone:  206-447-1560
Fax:  206-447-1523
E-mail:  smindenbergslaw@juno.com

Attorneys for Plaintiff Paul D. Collins

        s/ Thomas M. Affolter, WSBA #33723
Paul E. Smith, WSBA #21158
**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Telephone:  425-635-1400
Fax:  425-635-2400
E-mail:  TAffolter@perkinscoie.com

Attorneys for Defendant The Boeing Company

STIPULATION AND ORDER
CONTINUING TRIAL DATE (NO.CV06-1843
RSM **Error! Reference source not found.**)

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400

## ORDER

Pursuant to the foregoing stipulation of the parties, it is hereby ordered that:

1. The trial date in this matter is continued from April 7, 2008 to May 5, 2008.

2. The pre-trial schedule is revised to correspond to the new trial date. A revised Order Setting Trial Date & Related Dates shall be issued by the Court.

DATED: July 26, 2007.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

**PERKINS COIE LLP**

By:   s/Thomas M. Affolter, WSBA #33723
   Paul E. Smith, WSBA #21158
Attorneys for Defendant
The Boeing Company

**Approved for Entry; Notice of Presentation Waived:**

By:   s/ Susan B. Mindenbergs, WSBA #20545
Attorney for Plaintiff
Paul D. Collins

STIPULATION AND ORDER
CONTINUING TRIAL DATE (NO.CV06-1843
RSM **Error! Reference source not found.**)

**Perkins Coie LLP**
The PSE Building
10885 N.E. Fourth Street, Suite 700
Bellevue, WA  98004-5579
Phone:  (425) 635-1400
Fax:  (425) 635-2400